```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-0338 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.      ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO EXCLUDE TIME |
| AGUSTIN PENA-CONTRERAS and ) | |
| NEMECIO GARCIA-ALCAZAR    ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties request that the status conference in this case be continued from September 23, 2011 to November 4, 2011 at 9:00 a.m. They stipulate that the time between September 23, 2011 and November 4, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the discovery provided by the government and to conduct further investigation, including a visit to the scene of the marijuana

cultivation site that the government is attempting to facilitate. The government will also be shortly providing at least 10 CD's containing additional discovery to defense counsel that will require their review.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATE: September 27, 2011         By:   /s/ Heiko P. Coppola
                                              HEIKO P. COPPOLA
                                              Assistant U.S. Attorney

DATE: September 27, 2011          /s/ Douglas Beevers
                                              DOUGLAS BEEVERS
                                              Attorney for Defendant Agustin Pena-Contreras

                                               /s/ Olaf Hedberg
                                              OLAF HEDBERG
                                              Attorney for Defendant Nemecio Garcia-Alcazar

                                              **SO ORDERED.**

Dated:  September 27, 2011

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge