DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AGUSTIN PENA-CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-00338-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| AGUSTIN PENA-CONTRERAS, et al., | Date: December 2, 2011 |
| Defendants. | Time: 9:00 a.m. Judge: Hon. Garland E. Burrell |

The parties request that the status conference in this case be continued from November 4, 2011, to December 2, 2011 at 9:00 a.m. They stipulate that the time between November 4, 2011 and December 2, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).

| | | |
|---|---|---|
| 1 | Dated: November 1, 2011 | Respectfully submitted, |
| 2 | | DANIEL BRODERICK<br>Federal Defender |
| 3 | | /s/ Douglas Beevers<br>DOUGLAS BEEVERS |
| 4 | | Assistant Federal Defender<br>Attorney for Defendant |
| 5 | | AGUSTIN PENA-CONTRERAS |
| 6 | Dated: November 1, 2011 | /s/ Olaf Hedberg<br>OLAF HEDBERG |
| 7 | | Attorney for Defendant<br>NEMECIO GARCIA-ALCAZAR |
| 8 | Dated: November 1, 2011 | BENJAMIN B. WAGNER |
| 9 | | United States Attorney |
| 10 | | /s/ Heiko Coppola<br>HEIKO COPPOLA |
| 11 | | Assistant United States Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 4, 2011, be continued to December 2, 2011, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the December 2, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: November 3, 2011

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                             -2-