DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AGUSTIN PENA-CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AGUSTIN PENA-CONTRERAS,<br>et al.,<br><br>  Defendants. | No. CR-S-11-00338-GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date: January 20, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

The parties request that the status conference in this case be continued from December 2, 2011, to January 20, 2012 at 9:00 a.m. They stipulate that the time between December 2, 2011 and January 20, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant

1  in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).

2  Dated: November 30, 2011           Respectfully submitted,
                                      DANIEL BRODERICK
3                                     Federal Defender
                                      /s/ Douglas Beevers
4                                     DOUGLAS BEEVERS
                                      Assistant Federal Defender
5                                     Attorney for Defendant
                                      AGUSTIN PENA-CONTRERAS
6
   Dated: November 30, 2011           /s/ Olaf Hedberg
7                                     OLAF HEDBERG
                                      Attorney for Defendant
8                                     NEMECIO GARCIA-ALCAZAR

9  Dated: November 30, 2011           BENJAMIN B. WAGNER
                                      United States Attorney
10
                                      /s/ Heiko Coppola
11                                    HEIKO COPPOLA
                                      Assistant United States Attorney
12

13                                **ORDER**

14     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
15  ordered that the status conference presently set for December 2, 2011, be
16  continued to January 20, 2012, at 9:00 a.m. Based on the representation
17  of counsel and good cause appearing therefrom, the Court hereby finds
18  that the ends of justice to be served by granting a continuance outweigh
19  the best interests of the public and the defendant in a speedy trial.  It
20  is ordered that time from the date of this Order, to and including, the
21  January 20, 2012, status conference shall be excluded from computation of
22  time within which the trial of this matter must be commenced under the
23  Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and
24  Local Code T-4.

25  Dated:  December 2, 2011

26
27                                    _____
                                      GARLAND E. BURRELL, JR.
28                                    United States District Judge

Stip and Order                        -2-