```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5  Attorney for Defendant
   AGUSTIN PENA-CONTRERAS
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11 CR 00338-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER |
|  | ) TO CONTINUE STATUS CONFERENCE |
| AGUSTIN PENA-CONTRERAS, et al., | ) Date: February 24, 2012 |
|  | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Garland E. Burrell |

The parties request that the status conference in this case be continued from January 20, 2011, to February 24, 2012 at 9:00 a.m. They stipulate that the time between January 18, 2011, to February 24, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case, which involves additional visits to the remote scene of the crime, and interviews of witnesses who are currently out of the country. The parties stipulate and agree that the interests of justice served by granting this continuance

1  outweigh the best interests of the public and the defendant in a speedy
2  trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).
3  Dated: January 18, 2012          Respectfully submitted,
4                                   DANIEL BRODERICK
                                    Federal Defender
5
                                    /s/ Douglas Beevers
6                                   DOUGLAS BEEVERS,
                                    Assistant Federal Defender
7                                   Attorney for Defendant
                                    AGUSTIN PENA-CONTRERAS
8
   Dated: January 18 2012           /s/ Olaf Hedberg
9                                   OLAF HEDBERG
                                    Attorney for Defendant
10                                  NEMECIO GARCIA-ALCAZAR
11
   Dated: January 18, 2012          BENJAMIN B. WAGNER
12                                  United States Attorney
13                                  /s/ Heiko Coppola
                                    HEIKO COPPOLA
14                                  Assistant United States Attorney

15                                   **ORDER**

16      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17  ordered that the status conference presently set for January 20, 2012, be
18  continued to February 24, 2012, at 9:00 a.m. Based on the representation
19  of counsel and good cause appearing therefrom, the Court hereby finds
20  that the ends of justice to be served by granting a continuance outweigh
21  the best interests of the public and the defendant in a speedy trial.  It
22  is ordered that time from the date of this Order, to and including, the
23  January 20, 2012, status conference shall be excluded from computation of
24  time within which the trial of this matter must be commenced under the
25  Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and
26  Local Code T-4.
27  1/17/12
                                    _____
28                                  GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip and Order                      -2-