DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Attorney for Defendant
AGUSTIN PENA-CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11 CR 00338-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| AGUSTIN PENA-CONTRERAS, et al., | Date: May 18, 2012 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell |

The parties request that the status conference in this case be continued from February 24, 2012, to May 18, 2012 at 9:00 a.m.  They stipulate that the time between February 24, 2012, to May 18, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case, which involves

1  additional visits to the remote scene of the crime, and interviews of
2  witnesses who are currently out of the country.
3       The parties stipulate and agree that the interests of justice served
4  by granting this continuance outweigh the best interests of the public
5  and the defendant in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).
6  Dated: February 23, 2012        Respectfully submitted,
7                                  DANIEL BRODERICK
                                    Federal Defender
8
                                   */s/ Douglas Beevers*
9                                  DOUGLAS BEEVERS,
                                    Assistant Federal Defender
10                                  Attorney for Defendant
                                    AGUSTIN PENA-CONTRERAS
11
12 Dated: February 23, 2012        */s/ Olaf Hedberg*
                                    OLAF HEDBERG
13                                  Attorney for Defendant
                                    NEMECIO GARCIA-ALCAZAR
14
15 Dated: February 23, 2012        BENJAMIN B. WAGNER
                                    United States Attorney
16
                                   */s/ Heiko Coppola*
17                                  HEIKO COPPOLA
                                    Assistant United States Attorney
18
19                                **ORDER**
20      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
21 ordered that the status conference presently set for February 24, 2012,
22 be continued to May 18, 2012, at 9:00 a.m. Based on the representation of
23 counsel and good cause appearing therefrom, the Court hereby finds that
24 the ends of justice to be served by granting a continuance outweigh the
25 best interests of the public and the defendant in a speedy trial. It is
26 ordered that time from the date of this Order, to and including, the May
27 18, 2012, status conference shall be excluded from computation of time
28 within which the trial of this matter must be commenced under the Speedy

1  Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code
2  T-4.
3  Dated:   February 23, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge