```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AGUSTIN PENA-CONTRERAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11 CR 00338-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| AGUSTIN PENA-CONTRERAS, et al., | Date: June 22, 2012 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell |

_____

The parties request that the status conference in this case be continued from May 18, 2012, to June 22, 2012 at 9:00 a.m. They stipulate that the time between May 18, 2012, to June 22, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case, which involves

1  additional visits to the remote scene of the crime, and interviews of
2  witnesses who are currently out of the country.
3     The parties stipulate and agree that the interests of justice served
4  by granting this continuance outweigh the best interests of the public
5  and the defendant in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).

6  Dated: May 16, 2012            Respectfully submitted,

7                                 DANIEL BRODERICK
                                  Federal Defender

                                  */s/ Douglas Beevers*
9                                 DOUGLAS BEEVERS,
                                  Assistant Federal Defender
10                                Attorney for Defendant
                                  AGUSTIN PENA-CONTRERAS

12 Dated: May 16, 2012            */s/ Olaf Hedberg*
                                  OLAF HEDBERG
13                                Attorney for Defendant
                                  NEMECIO GARCIA-ALCAZAR

15 Dated: May 16, 2012            BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Heiko Coppola*
17                                HEIKO COPPOLA
                                  Assistant United States Attorney

19                                   **ORDER**

20    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
21 ordered that the status conference presently set for May 18, 2012, be
22 continued to June 22, 2012, at 9:00 a.m. Based on the representation of
23 counsel and good cause appearing therefrom, the Court hereby finds that
24 the ends of justice to be served by granting a continuance outweigh the
25 best interests of the public and the defendant in a speedy trial.  It is
26 ordered that time from the date of this Order, to and including, the June
27 22, 2012, status conference shall be excluded from computation of time
28 within which the trial of this matter must be commenced under the Speedy

1  Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code
2  T-4.
3  Dated:  May 16, 2012
4
5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge