1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-0338 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| AGUSTIN PENA-CONTRERAS, et.al. | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from June 22, 2012 to August 3, 2012 at 9:00 a.m.. They stipulate that the time between June 22, 2012 and August 3, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, plea agreements have been provided to both defendants.  Defense counsel need additional time to review and discuss the plea agreements and the provisions contained therein with their

1

clients, confirm the proposed advisory guideline stipulations contained within the plea agreements comport with the discovery already provided and prepare for a possible change of plea hearings at the next court appearance.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

```
                                   Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


DATE: June 22, 2012      By:  /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney


DATE: June 22, 2012           /s/ Douglas Beevers
                              DOUGLAS BEEVERS
                              Attorney for Defendant Agustin
                              Pena-Contreras

                              /s/ Olaf Hedberg
                              OLAF HEDBERG
                              Attorney for Defendant Nemecio
                              Garcia-Alcazar
```

**SO ORDERED.**

Dated:  June 22, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge